# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**EVELYN LEACH,**
       **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**           **CASE NO.  C2-08-1185**
**COMMISSIONER OF SOCIAL**    **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                   **MAGISTRATE JUDGE MARK R. ABEL**
          **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed January 19, 2010, JUDGMENT is hereby entered for Defendant.  This case is DISMISSED.**

Date:  January 19, 2010                JAMES BONINI, CLERK

                                  */S/ Andy F. Quisumbing*
                                  (By) Andy F. Quisumbing
                                   Courtroom Deputy Clerk