AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**EVELYN LEACH,**
    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**
    **Defendant.**

**CASE NO. C2-08-1185**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed January 19, 2010, JUDGMENT is hereby entered for Defendant. This case is DISMISSED.**

Date: January 19, 2010             JAMES BONINI, CLERK

                                                                   */S/ Andy F. Quisumbing*
                                                                   (By) Andy F. Quisumbing
                                                                   Courtroom Deputy Clerk